IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMILIO SERESEROZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | No. 3:14-cv-2723-M-BN |
| DEPARTMENT OF VA, | § | |
| SLOAN D. GIBSON, Acting Secretary, | § | |
|    U.S. Department of Veterans | § | |
|    Affairs, | § | |
| | § | |
| Defendants. | § | |

**ORDER PERMITTING PROCEEDING IN THE DISTRICT COURT
AND SPECIFYING FURTHER ACTION TO BE TAKEN BY THE CLERK**

The Court, having considered Plaintiff's Application for Leave to Proceed *In Forma Pauperis*, hereby ORDERS as follows:

1. Plaintiff is GRANTED leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2. Service of process shall be withheld pending judicial screening pursuant to 28 U.S.C. § 1915(e)(2).

3. No amendments or supplements to the complaint shall be filed without prior Court approval. A complete amended complaint shall be attached to any motion to amend.

4. All discovery in this case is stayed until Defendant is ordered to answer by the Court and otherwise ordered by the Court.

5. Plaintiff has filed a motion for appointment of counsel [Dkt. No. 5]. No further motions for appointment of counsel shall be filed until the Court has completed its screening pursuant to 28 U.S.C. § 1915(e)(2), which may include a hearing pursuant to *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985), the issuance of a questionnaire pursuant to *Watson v. Ault,* 525 F.2d 886 (5th Cir. 1976), or such other proceedings as

the Court deems appropriate.

      6.    Plaintiff shall notify the Court of any change of address by filing a written Notice of Change of Address with the Clerk. Failure to file such notice may result in this case being dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

      7.    The Clerk of Court shall mail a true copy of this order to Petitioner or his attorney of record. No further process shall issue except upon order of the Court.

SO ORDERED.

DATED: August 21, 2014

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE