IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMILIO SERESEROZ, JR., | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-CV-2723-M |
| DEPARTMENT OF VA, ET AL. | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Plaintiff's claims against the U.S. Department of Veterans Affairs and the Secretary of Veterans Affairs are summarily dismissed for want of jurisdiction. Plaintiff's claims may proceed against the United States of America, and the case shall hereafter by styled Emilio Sereseroz, Jr. v. United States of America.

SO ORDERED this 16 day of October, 2014.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE