IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EMILIO SERESEROZ, JR.,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | Civil Action No. 3:14-cv-02723-M-BN |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant moves the Court to grant defendant summary judgment under Federal Rule of Civil Procedure 56.  Further, the Court should dismiss plaintiff's claims against defendant with prejudice, tax costs against plaintiff, and grant defendant all other relief to which it is entitled.  Defendant is filing a brief in support of this motion pursuant to Local Civil Rules 7.1(d) and 56.5(a).  That brief sets forth the matters that Local Civil Rule 56.3(a) requires.  In addition, defendant is filing an appendix in support of the brief pursuant to Local Civil Rules 7.1(i) and 56.6.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Lisa R. Hasday
Lisa R. Hasday
Assistant United States Attorney
Texas State Bar No. 24075989
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8737
Facsimile: 214-659-8807
Email: Lisa.Hasday@usdoj.gov

OF COUNSEL:

Jenny Mai
Staff Attorney
Department of Veterans Affairs
Office of Regional Counsel
4500 South Lancaster Road
Dallas, Texas 75216

**Defendant's Motion for Summary Judgment - Page 2 of 3**

## CERTIFICATE OF SERVICE

      I certify that, on October 31, 2016, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the Court's electronic case filing system. I also certify that a copy of this document will be served on *pro se* plaintiff Emilio Sereseroz, Jr., 2101 N. Haskell Avenue, Apt. 6208, Dallas, Texas 75204, by U.S. mail, certified mail return receipt number 7016 0910 0000 5713 4152.

                                                   /s/ Lisa R. Hasday
                                                   Lisa R. Hasday
                                                   Assistant United States Attorney