IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMILIO SERESEROZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-CV-2723-M |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the United States's motion for summary judgment [Dkt. No. 49] is GRANTED, Plaintiff's pending motions [Dkt. Nos. 54, 56, 57, & 59] are DENIED, and this action is DISMISSED with prejudice.

SIGNED this 27 day of March, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE